# Court of Appeals, State of Michigan

## ORDER

People of MI v Timothy Matthew Parker

Docket No. 335541

LC No. 2016-001135-FH

Michael J. Riordan
Presiding Judge

Amy Ronayne Krause

Brock A. Swartzle
Judges

The Court orders that the May 18, 2017 majority and concurring opinions are hereby VACATED, and new majority and concurring opinions are attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 25 2017

Date

Chief Clerk